# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:20-cv-01798-SAB<br><br>ORDER DENYING SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF NO. 4)<br><br>TWENTY DAY DEADLINE |

Plaintiff Kuldip Singh filed a complaint on December 22, 2020, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 1, 2.)  However, Plaintiff's application to proceed *in forma pauperis* was not adequately completed.  On December 23, 2020, an order issued requiring Plaintiff to file a long form application to proceed without prepayment of fees. (ECF No. 3.)

On January 12, 2021, Plaintiff filed an application to proceed in district court without prepaying fees or costs.  (ECF No. 4.)  However, on review of the document, it again is not adequately completed for the Court to determine if Plaintiff is entitled to proceed in this action without prepayment of fees.  Plaintiff did not include any information on the amount of income received by him or his spouse from employment.  (Id. at 1.)  He states that his spouse has

$4,301.00 in checking. (Id. at 3.) He lists expenses for his rental or mortgage payment, utilities, food and life insurance that total $2,980.00, while stating he does not know other expenses. (Id. at 5-6.) He inconsistently states that his property insurance is included in the house payment, but that he does not know the amount of the homeowners or renters insurance and lists his and his spouse's combined life insurance as $800.00 per month. (Id. at 5.) He states that he spent $7,000.00 on his father's funeral. (Id. at 6.) On its face, it would appear that Plaintiff is not entitled to proceed in this action without prepayment of fees. However, the Court will provide Plaintiff with one final opportunity to demonstrate that he qualifies to proceed without prepayment of fees due to the numerous incomplete responses on the application.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second application to proceed *in forma pauperis*, filed January 12, 2021, is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. **Within twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **January 13, 2021**

UNITED STATES MAGISTRATE JUDGE

2