# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-01798-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO ISSUE SERVICE DOCUMENTS |

On December 22, 2020, Kuldip Singh ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act. (ECF No. 1.)  Along with the complaint, Plaintiff filed an application to proceed *in forma pauperis* in this action.  (ECF No. 2.)  On December 23, 2020, Plaintiff was ordered to file a long form application to proceed *in forma pauperis* or pay the filing fee.  (ECF No. 3)  On January 12, 2021, Plaintiff filed a long form application to proceed in this action without prepayment of fees.  (ECF No. 4.)  On January 13, 2021, Plaintiff's second application was denied without prejudice and he was ordered to file an application to proceed without prepayment of fees or pay the filing fee in this action.  (ECF No. 5.)  Plaintiff submitted the filing fee on February 1, 2021.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  The Court shall order that the complaint in this action be served and the matter will be stayed once service has been effected on the defendant.  Plaintiff is hereby

directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

      Accordingly, IT IS HEREBY ORDERED THAT the Clerk of the Court is DIRECTED to issue a summons and new case documents in this action.

IT IS SO ORDERED.

Dated: **February 2, 2021**

UNITED STATES MAGISTRATE JUDGE