# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01798-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 19) |

On December 9, 2021, the parties submitted a stipulated request for a sixty-five-day extension of time to extend Defendant's deadline to respond to Plaintiff's opening brief from January 5, 2022 to March 11, 2022. (ECF No. 19.) Defense counsel proffers the enlarged extension is required due to counsel's caseload of over 100 active circuit and district court disability cases at various stages of litigation and because counsel is currently on extended family leave due the birth of his second child. Counsel further proffers due to the volume of the overall workload within his office, neither he nor another attorney will be able to complete briefing by the current deadline. The Court finds good cause exists to grant the request.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall have until March 11, 2022, to respond to Plaintiff's opening brief; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) are modified accordingly.

IT IS SO ORDERED.

Dated:  **December 9, 2021**

UNITED STATES MAGISTRATE JUDGE