# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1: 20-cv-01798-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 21) |

Kuldip Singh ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  On March 18, 2022, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings.  (ECF No. 21.)  The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (Id.)  The Court finds good cause exists to grant the parties' stipulated request.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Kuldip Singh and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **March 21, 2022**

UNITED STATES MAGISTRATE JUDGE